[No. 26674-8-I. Division One. June 22, 1992.]

JAMES H. WARR, as *Personal Representative, Appellant,* v. PUBLIC HOSPITAL DISTRICT NO. 1 OF SKAGIT COUNTY, ET AL, *Defendants,* F. JAMES BECKNER, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 86-2-00562-8, Stanley K. Bruhn, J., entered June 22, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Baker, JJ.

[No. 12071-6-III. Division Three. June 23, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES L. CURTISS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 91-8-00637-3, Marcus M. Kelly, J., entered November 5, 1991. *Reversed* by unpublished per curiam opinion.

[No. 11257-8-III. Division Three. June 23, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS A.W., *Appellant.*

*In the Matter of the Personal Restraint of* DENNIS W., *Petitioner.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 90-1-00008-0, Larry M. Kristianson, J., entered November 13, 1990, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded* and petition *dismissed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.